M. F. BAINE and Robert Atwell v. STATE. (No. 12129.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

B. L. Palmer, of Houston, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for two years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

■

Ex parte Fred BELL. (Nos. 11996, 11997.) Court of Criminal Appeals of Texas. Oct. 3, 1928.

Storey, Leak & Storey, of Vernon, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. In cause No. 11996 the relator, Fred Bell, applied to this court for a writ of habeas corpus, and in cause No. 11997 said relator applied to this court for a writ of mandamus. The two applications will be considered together as consolidated. From them it is made to appear that relator was charged with a misdemeanor; that after a verdict of guilty he filed a motion for new trial. The motion was overruled in the absence of the appellant. He subsequently, during the term, attempted to give notice of appeal. The privilege was denied him, and he was remanded to the custody of the sheriff. Relief from custody was sought, and also a mandamus proceeding to compel the county judge to allow the relator bail. After notice to the sheriff and county judge to appear and show cause why the relief should not be granted, and the allowance of bond pending the application for a writ of habeas corpus, there was filed in this court a certified copy of the judgment of the county court, reflecting a change of view upon the subject, and showing that the entry of notice of appeal had been given. In view of the fact last mentioned, further action of this court in the premises is deemed unnecessary. It is therefore ordered that the applications mentioned be dismissed, and that no costs in the premises be charged to the relator.

---

■

Tom BERRY v. STATE. (No. 12032.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

R. T. Brown, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of equipment for manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

■

Henry BLANKS v. STATE. (No. 12039.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

J. L. Manry, Judge. F. O. Fuller, of Houston, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of hogs; the punishment, confinement in the penitentiary for two years. It is made to appear by proper affidavit that appellant has died. The appeal is abated.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

■

J. BURCH v. STATE. (No. 12215.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

W. O. Seale, of Lufkin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquors; punishment, one year in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.